UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYNTREL TREVYONE JACKSON,

                   Plaintiff,

   v.

HEIDI L. ROMERO, et al.,

                  Defendants.

No.  3:19-CV-5756-BJR-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on a Report and Recommendation of the Honorable David W. Christel, U.S. Magistrate Judge, on Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint.  No objections to the Report and Recommendation have been filed. Having reviewed the Report and Recommendation and the remaining record, the Court finds and ORDERS as follows:

    (1)     The Court adopts the Report and Recommendation (Dkt. No. 75).

    (2)     Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint (Dkt. No. 61) is GRANTED, and Plaintiff's claims are dismissed with prejudice.

    (3)     Because Plaintiff's Third Amended Complaint is dismissed for failure to state a claim upon which relief may be granted, dismissal of his complaint shall count as a strike under 28 U.S.C. § 1915(g).

DATED this 14th day of May, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1